722 S.E.2d 805

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Respondent,

v.

## Billy Joe CARTRETTE, Petitioner.

### No. 27094.

Supreme Court of South Carolina.

Submitted Jan. 26, 2012.

Decided Feb. 22, 2012.

Billy Joe Cartrette, of Ridgeland, Pro-se Petitioner.

Lake Eric Summers and Katherine Phillips, both of Malone, Thompson, Summers & Ott, of Columbia, for Respondent.

Chief Justice TOAL.

We granted a writ of certiorari to review the court of appeals' decision in *South Carolina Department of Corrections*

*v. Cartrette,* 387 S.C. 640, 694 S.E.2d 18 (Ct.App.2010). We now dismiss the writ as improvidently granted.

## DISMISSED AS IMPROVIDENTLY GRANTED.

PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.